# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HERSHEY COMPANY,<br><br>Garnishee,<br><br>and<br><br>JAMES ARTHIUR MAROTTI,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 2:22-cv-02869-SHL-cgc<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER REQUESTING STATUS UPDATE

This matter came before the Court on the Government's Application for Writ of Garnishment, filed December 27, 2022. (ECF No. 1.) The Court entered an Order of Garnishment on April 18, 2023. (ECF No. 11.) In its order, the Court directed Garnishee Hershey Company to pay twenty-five percent of Defendant James Arthur Marotti's non-exempt disposable earnings to the Government until termination of the garnishment under 28 U.S.C. § 3205(c)(10). (Id. at PageID 150-51.)

Because this case is still pending nearly three years later, the Court **DIRECTS** the Government to provide a status update, informing the Court of whether the garnishment has terminated and whether the Court may close this case.

**IT IS SO ORDERED**, this 31st day of October, 2025.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE